CROMER MOTORS, INC. and Gregory Cromer, Plaintiffs/Appellants,

v.

Gregory A. WITENGIER and J. Lee Witengier, Defendants/Respondents.

No. 75500.

Missouri Court of Appeals, Eastern District, Division Three.

Aug. 3, 1999.

James C. Ochs, St. Louis, for appellants.

Jack F. Allen, Clayton, for respondents.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE, J., and LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

Plaintiffs appeal from the trial court's entry of summary judgment in defendants' favor on plaintiffs' malicious prosecution action. No error of law appears. An opinion reciting the facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b)

James WEIDNER, Appellant,

v.

TRINITY EVANGELICAL LUTHERAN CHURCH, Employer/Respondent, and Preferred Risk Mutual, Insurer/Respondent.

No. 75488.

Missouri Court of Appeals, Eastern District, Division One.

Aug. 3, 1999.

Robert H. Sihnhold, St. Louis, for appellant.

Mark R. Bates, St. Louis, for respondent.

Before PUDLOWSKI, P.J., AHRENS, J., and CRIST, Sr. J.

## ORDER

PER CURIAM.

Claimant appeals from the award of the Labor and Industrial Relations Commission which denied him workers' compensation benefits. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16.